ACCEPTED
03-14-00561-CV
4279964
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/25/2015 1:54:06 PM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00561-CV

## TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

**KEVIN BIERWIRTH**
**Appellant**
**v.**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
2/25/2015 1:54:06 PM
JEFFREY D. KYLE
Clerk

## FEDERAL NATIONAL MORTAGE ASSOCIATION
**Appellee.**

## APPELLANT'S MOTION TO EXTEND TIME FOR FILING APPELLANT'S BRIEF

**TO THE HONORABLE COURT OF APPEALS:**

Kevin Bierwirth, Appellant, moves this Court to grant an extension of time to file Appellant's Brief, and respectfully states:

1. Appellant's Brief was due on February 26, 2015.

2. Appellant seeks a seven day extension of time to file Appellant's Brief from the due date of the filing of the Brief, which would make Appellant's Brief due on or before March 3, 2015.

4. This extension of time is necessary because Appellant, while checking the court record, noticed that the additional Reporter's record, which he has obtained, has not been filed for the record.

5. The reporter's record is essential to the facts contained in the Appellant's brief.

6. Appellant has contacted the reporter, Amanda Anderson, and instructed her to file a copy of the reporter's record with the Court.

7. This is the second extension of time Appellant has sought for the filing his brief.

8. Appellant will not seek an additional extension.

For these reason, Kevin Bierwirth requests that this court render an order extending the time for filing Appellant's Brief to and including March 3, 2015.

Kevin Bierwirth
13276 Research Blvd. Ste. 204
Austin, Texas 78750
(512) 825-0331

**CERTIFICATE OF CONFERENCE**

On February 24, 2015, an attempt was made to confer with Douglas G. Dent, attorney for the Appellee, in order to confer as to the extension but was unable to reach Mr. Dent.

Kevin Bierwirth

**CERTIFICATE OF SERVICE**

On February 24, 2015, a copy of the attached motion for extension of time was sent by U. S. Postal Service to:

Douglas G. Dent
6836 Bee Caves Road, Bldg. 3, Suite 303
Austin, TX 78746